**SHA-1 Hash:** EE7B1E84B6FD741359D99A0397DF043842BAB4D7  **Title:** Cuties 2
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 65.13.152.80 | 6/13/2011 18:57 | Raleigh | NC | BellSouth.net | BitTorrent |
| 2 | 65.15.228.102 | 6/2/2011 18:40 | Raleigh | NC | BellSouth.net | BitTorrent |
| 3 | 68.16.183.76 | 6/14/2011 21:28 | Cary | NC | BellSouth.net | BitTorrent |
| 4 | 98.74.131.204 | 7/13/2011 14:26 | Wilmington | NC | BellSouth.net | BitTorrent |
| 5 | 98.74.161.217 | 6/3/2011 15:05 | Leland | NC | BellSouth.net | BitTorrent |
| 6 | 71.15.31.226 | 6/25/2011 12:26 | Camp Lejeune | NC | Charter Communications | BitTorrent |
| 7 | 71.87.153.101 | 6/4/2011 22:12 | Kill Devil Hills | NC | Charter Communications | BitTorrent |
| 8 | 96.36.141.129 | 5/23/2011 5:28 | Camp Lejeune | NC | Charter Communications | BitTorrent |
| 9 | 67.232.2.103 | 5/23/2011 20:33 | Jacksonville | NC | Embarq Corporation | BitTorrent |
| 10 | 71.49.55.4 | 5/28/2011 3:26 | Winterville | NC | Embarq Corporation | BitTorrent |
| 11 | 71.50.116.143 | 5/20/2011 0:17 | Fayetteville | NC | Embarq Corporation | BitTorrent |
| 12 | 71.54.34.206 | 6/30/2011 23:19 | Benson | NC | Embarq Corporation | BitTorrent |
| 13 | 174.106.193.145 | 7/15/2011 6:23 | Southport | NC | Road Runner | BitTorrent |
| 14 | 174.109.100.152 | 7/14/2011 6:31 | Raleigh | NC | Road Runner | BitTorrent |
| 15 | 174.109.21.59 | 6/1/2011 1:13 | Durham | NC | Road Runner | BitTorrent |
| 16 | 174.109.34.69 | 7/14/2011 9:50 | Raleigh | NC | Road Runner | BitTorrent |
| 17 | 174.97.165.36 | 6/30/2011 12:23 | Raleigh | NC | Road Runner | BitTorrent |
| 18 | 174.97.239.83 | 5/19/2011 12:34 | Cary | NC | Road Runner | BitTorrent |
| 19 | 24.163.108.229 | 7/4/2011 18:11 | Middlesex | NC | Road Runner | BitTorrent |
| 20 | 24.74.209.198 | 6/5/2011 17:17 | Havelock | NC | Road Runner | BitTorrent |
| 21 | 24.74.216.138 | 5/21/2011 22:49 | Havelock | NC | Road Runner | BitTorrent |
| 22 | 65.184.81.5 | 6/12/2011 16:08 | Southport | NC | Road Runner | BitTorrent |

EXHIBIT A

ENC1

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 23 | 65.191.103.143 | 5/20/2011 23:14 | Southern Pines | NC | Road Runner | BitTorrent |
| 24 | 65.191.200.153 | 5/22/2011 14:03 | Spring Lake | NC | Road Runner | BitTorrent |
| 25 | 65.191.246.120 | 6/17/2011 0:01 | Fayetteville | NC | Road Runner | BitTorrent |
| 26 | 65.191.252.19 | 6/27/2011 23:49 | Fayetteville | NC | Road Runner | BitTorrent |
| 27 | 65.191.45.22 | 6/23/2011 2:49 | Fort Bragg | NC | Road Runner | BitTorrent |
| 28 | 66.56.247.168 | 5/22/2011 18:39 | Wilmington | NC | Road Runner | BitTorrent |
| 29 | 69.134.25.201 | 6/2/2011 5:33 | Chapel Hill | NC | Road Runner | BitTorrent |
| 30 | 69.134.4.71 | 5/19/2011 13:09 | Raleigh | NC | Road Runner | BitTorrent |
| 31 | 70.62.104.250 | 5/25/2011 4:32 | Raleigh | NC | Road Runner | BitTorrent |
| 32 | 70.63.228.130 | 7/16/2011 19:15 | Mount Gilead | NC | Road Runner | BitTorrent |
| 33 | 71.65.205.214 | 5/25/2011 7:16 | Smithfield | NC | Road Runner | BitTorrent |
| 34 | 75.182.70.156 | 5/29/2011 5:25 | Apex | NC | Road Runner | BitTorrent |
| 35 | 75.184.33.168 | 5/21/2011 16:41 | Fayetteville | NC | Road Runner | BitTorrent |
| 36 | 75.184.34.17 | 5/22/2011 15:32 | Fayetteville | NC | Road Runner | BitTorrent |
| 37 | 75.191.203.121 | 5/19/2011 4:52 | Jacksonville | NC | Road Runner | BitTorrent |
| 38 | 75.191.207.70 | 6/7/2011 13:14 | Jacksonville | NC | Road Runner | BitTorrent |
| 39 | 98.121.168.34 | 6/9/2011 20:18 | Jacksonville | NC | Road Runner | BitTorrent |
| 40 | 98.122.189.2 | 6/7/2011 6:23 | Durham | NC | Road Runner | BitTorrent |
| 41 | 98.26.1.252 | 5/25/2011 5:55 | Durham | NC | Road Runner | BitTorrent |
| 42 | 98.26.125.202 | 6/16/2011 21:09 | Raleigh | NC | Road Runner | BitTorrent |
| 43 | 98.26.21.70 | 5/21/2011 0:44 | Raleigh | NC | Road Runner | BitTorrent |
| 44 | 67.141.239.193 | 5/30/2011 10:40 | Sanford | NC | Windstream Communications | BitTorrent |

EXHIBIT A