UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-cv-0428-BO

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff. <br><br> v. <br><br> JOHN DOES 1-44, <br><br> Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 38 ONLY** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 38. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Doe Defendant 38 from this action with prejudice. Doe Defendant 38 who was assigned the IP Address 75.191.207.70. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Doe 38 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: December 16, 2011.

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White
James C. White
N.C. Bar # 31859
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *James C. White*