# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# CASE NO. 5:11-cv-0428-BO

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff. <br><br> v. <br><br> JOHN DOES 1-44, <br><br> Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOES 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, 40, 41, 42, 43 AND 44 ONLY** |

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Does Defendants 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 39, 40, 41, 42, 43 and 44 from this action without prejudice, who where was assigned the IP Addresses 65.15.228.102, 68.16.183.76, 98.74.131.204, 98.74.161.217, 71.15.31.226, 96.36.141.129, 67.232.2.103, 71.49.55.4, 71.50.116.143, 71.54.34.206, 174.109.100.152, 174.109.21.59, 174.109.34.69, 174.97.165.36, 174.97.239.83, 24.163.108.229, 24.74.209.198, 24.74.216.138, 65.184.81.5, 65.191.103.143, 65.191.200.153, 65.191.246.120, 65.191.45.22, 66.56.247.168, 69.134.25.201, 69.134.4.71, 70.62.104.250, 70.63.228.130, 71.65.205.214, 75.182.70.156, 75.184.33.168, 75.184.34.17, 75.191.203.12198.121.168.34, 98.122.189.2, 98.26.1.252, 98.26.125.202, 98.26.21.70 and 67.141.239.193 . For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Defendants has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

LAW OFFICE OF JAMES C. WHITE, P.C.

/s/ James C. White
James C. White
N.C. Bar # 31859
4819 Emperor Blvd., Suite 400
Durham, NC 27703
P.O. Box 16103
Chapel Hill, NC 27516
jimwhite@jcwhitelaw.com
(919) 313-4636
(919) 246-9113 fax
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *James C. White*