AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| PATRICK COLLINS, INC., <br> *Plaintiff* <br> v. <br> TEENA JACKSON-HARDISON AND SHARRON HILDEBRANT, <br> *Defendant* | Civil Action No. 5:11-cv-00428-BO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sharron Hildebrant a.k.a. John Doe 7
246 Outrigger Dr.
Kill Devil Hills, NC 27948

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jim White, Esq,
LAW OFFICE OF JAMES C. WHITE, P.C.
4819 Emperor Blvd., Suite 400
Durham, NC 27703
Telephone: (919) 313-4636

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/11/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sharon Hildebrant aka John Doe 7
was received by me on *(date)* 1/11/12 .

☑ I personally served the summons on the individual at *(place)* Address Listed
on *(date)* 1/12/12 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/12/12

Todd B_____
*Server's signature*

Todd Bowling Process Server
*Printed name and title*

PO Box 1144 Raleigh, NC 27602
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| PATRICK COLLINS, INC., | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 5:11-cv-00428-BO |
| TEENA JACKSON-HARDISON AND SHARRON HILDEBRANT, | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Teena Jackson-Hardison a.k.a. John Doe 1
5917 Roteny Ct.
Raleigh, NC 27610

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jim White, Esq.
LAW OFFICE OF JAMES C. WHITE, P.C.
4819 Emperor Blvd., Suite 400
Durham, NC 27703
Telephone: (919) 313-4636

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/11/12

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:11-cv-00428-BO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Teena Jackson-Hardison aka John Doe 1
was received by me on *(date)* 1/11/12 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
"Mr. Hardison" , a person of suitable age and discretion who resides there,
on *(date)* 1/12/12 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of Individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/12/12

Todd B___
*Server's signature*

Todd Bowling Process Server
*Printed name and title*

PO BOX 1144, Raleigh, NC 27602
*Server's address*

Additional information regarding attempted service, etc: